KIN WAH KUNG
4411 Elaiso Common
Fremont, CA 94536-5626
Phone: 415-637-8146
Email: garykung@prodigy.net

*Plaintiff In Pro Per*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **KIN WAH KUNG** | Case Number: C 18-00452 WHA |
| Plaintiff, | **PLAINTIFF'S SUPPLEMENTAL BRIEF RE: LITIGATION HISTORY/STANDING** |
| vs. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC., INTUIT INC.,** | |
| Defendants. | |

**TO THIS HONORABLE COURT:**

In light of the accusations made by Defendant Intuit, Inc. through its Motion to Compel Arbitration (ECF Document No. 15) and the prior comment of this Court, Plaintiff Kin Wah Kung ("Plaintiff") respectfully request this Court, in its own Motion, to determine whether Plaintiff has standing in this instant case pursuant to U.S. Const. art. III, § 2, cl. 1. In addition, Plaintiff respectively request this Court for an order to show cause instructing Plaintiff to explain his litigation history.

//

//

//

//

DATED: March 29, 2018  Respectfully submitted,

*/s/ Kin Wah Kung*_____
KIN WAH KUNG

*Plaintiff In Pro Per*